IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MANDELL ANDREA MORRIS                                           PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:17cv35-CWR-FKB

WARDEN GARY EDWARDS,
et al.                                                    DEFENDANTS

## **REPORT AND RECOMMENDATION**

On May 16, 2017, the Court entered an order setting this matter for an omnibus hearing on May 31, 2017, at 2:30 p.m. A copy of the order was mailed to Plaintiff at the address listed on the docket sheet. Plaintiff failed to appear at the omnibus hearing. On that same date, May 31, 2017, the Court entered an order directing that Plaintiff show cause, on or before June 14, 2017, as to why this action should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the show cause order or make any other contact with the Court. For these reasons, the undersigned recommends that Plaintiff's claims be dismissed for failure to prosecute.

The parties are hereby notified that failure to file written objections to the findings and recommendations contained in this report within fourteen (14) days from being served with a copy of this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; *Douglass v. United Service Automobile Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

Respectfully submitted, this the 23rd day of August, 2017.

                                               /s/ F. Keith Ball
                                               UNITED STATES MAGISTRATE JUDGE